# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**SHENESHA N. HARDIN,**

    **Plaintiff,**

v.                                         Case No. 2:22-cv-2504

**M & J TRANSPORTATION LLC OF MS,**
**M & J TRANSPORT, INC.,**
**RODRICKUS DESHUN HUNT, and JOHN DOE 1-3**

    **Defendants.**

## NOTICE OF REMOVAL

TO THE HONRABLE JUDGES IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION:

COME NOW Defendants M & J Transportation LLC of MS ("M & J") and Rodrickus Deshun Hunt ("Hunt") (collectively "Defendants"), by and through the undersigned counsel, and respectfully aver that:

1. On February 11, 2022, Plaintiff Shenesha N. Hardin ("Plaintiff") filed her Original Complaint against Defendants John Doe Company, Rodrickus Deshun Hunt and John Doe 1-3, styled *Shenesha N. Hardin v. John Doe Company, Rodrickus Deshun Hunt and John Doe 1-3*, Case No. CT-0560-22.  The Complaint and Summonses are attached hereto as **Exhibit A**.

2. On March 28, 2022, Plaintiff Shenesha N. Hardin ("Plaintiff") filed an Amended Complaint against Defendants in the Circuit Court of Shelby County, Tennessee, styled *Shenesha N. Hardin v. M & J Transportation LLC of MS, M & J Transport, Inc., Rodrickus Deshun Hunt,*

*and John Doe 1-3*, Case No. CT-0560-22. The Summons and Amended Complaint are attached hereto as **Exhibit B**.

3. Defendant M & J was served by private process server on July 19, 2022 with a copy of the Summons and Amended Complaint.

4. On information and belief, at the time of filing this Notice of Removal, Defendant Hunt has not been served by Plaintiff.

5. On information and belief, at the time of filing this Notice of Removal, Defendant M & J Transportation, Inc. has not been served by Plaintiff.  Further, M & J Transport, Inc. is not related to or in any way a part of Defendant M & J Transportation LLC of MS

6. According to the Amended Complaint, this lawsuit arises from an automobile accident which occurred on April 27, 2021, in Shelby County, Memphis, Tennessee ("the Accident"). *See generally* **Exhibit A**.

7. In the Amended Complaint, Plaintiff alleges that as a result of the Accident, Plaintiff sustained serious and painful physical injuries, emotional pain and suffering, and lost wages among other injuries and damages. *See generally* **Exhibit A**.

8. In the Amended Complaint, Plaintiff prays "for a reasonable amount of restitution and compensation for damages the sum of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00)." *See generally* **Exhibit A**.

9. At all times material hereto, Plaintiff was a resident of the State of Tennessee.

10. At all times material hereto, Defendant M & J was a Mississippi Limited Liability Company with its principal place of business in Mississippi.

11. At all times material hereto, Defendant Hunt was a resident of Panola County, Mississippi.

12. The Amended Complaint is a civil action over which this Court has jurisdiction under the provisions of 28 U.S.C. § 1332, in that complete diversity of citizenship exists between Plaintiff and Defendants and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

13. The Amended Complaint is removable pursuant to 28 U.S.C. § 1441.

14. Notice of Removal has been timely served on the Circuit Court of Shelby County, Tennessee and Plaintiff. A copy of such Notice of Filing of Removal is attached hereto as **Exhibit C**.

WHEREFORE, Defendants M & J Transportation LLC of MS and Rodrickus Deshun Hunt pray that the above-captioned lawsuit, now pending in the Circuit Court of Shelby County, Tennessee be removed to this Honorable Court pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

/s/ Lee L. Piovarcy
Lee L. Piovarcy (TN Bar #8202)
MARTIN, TATE, MORROW, & MARSTON, P.C.
6410 Poplar Ave., Tower II, Suite 1000
Memphis, TN 38119-4839
(901) 522-9000
(901) 527-3746 (fax)
lpiovarcy@martintate.com

*Attorney for Defendants M & J Transport LLC of MS and Rodrickus Deshun Hunt*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on August 9, 2022, a true and correct copy of the foregoing was served via the Court's electronic mail system to:

Mark J. Schirmer (TN Bar #19717)
The Reaves Law Firm
1991 Corporate Ave., Suite 210
Memphis, TN 38132
(901) 623-8685
(901) 567-8731 (fax)
Mark.schirmer@beyourservice.com
James.davis@beyourvoice.com

*Attorney for Plaintiff Shenesha N. Hardin*

               s/ Lee L. Piovarcy
               Lee L. Piovarcy